UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACINTO GARCIA,<br><br>                              Plaintiff,<br><br>-against-<br><br>VISTA ON 5TH CORP. and NICOLE ATANASIO,<br><br>                            Defendants. | 1:25-cv-00494 (ALC) (GS)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' joint status report advising that the parties have reached a settlement in this matter. *See* ECF No. 25. The parties are directed to file the proposed settlement and a joint memorandum of law, not to exceed 10 pages, explaining why the proposed settlement is fair and reasonable and otherwise does not raise any of the concerns cited by the Second Circuit in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The proposed settlement and accompanying memorandum shall be filed no later than **September 17, 2025**.

SO ORDERED.

Dated:    August 13, 2025
             New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**