**MEMO ENDORSED**



**Sacco & Fillas, LLP**
Attorneys at Law

31-19 Newtown Avenue
Seventh Floor
Astoria, NY 11102

Tel: 718 746-3440
Direct: 718 269-2243
Direct Fax: 718 559-6517

ctucker@saccofillas.com
www.saccofillas.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 09/16/2025

September 16, 2025

**VIA ECF**

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

|  |  |
|---|---|
| Re: | Request to adjourn submission of settlement |
| Case: | *Garcia, Jacinto v. Vista on 5th* |
| Index no.: | 1:25-cv-00494 |

**Your Honor:**

I represent Plaintiff in the above-referenced matter. Pursuant to Rule 1(D) of Your Honor's Individual Practices, I write to respectfully request a brief extension of the deadline set forth in the Court's August 13, 2025 Order (ECF No. 26), which directed the parties to file their proposed settlement and a joint memorandum of law no later than September 17, 2025.

The parties have exchanged drafts of the settlement agreement and proposed redlines, and we are in the process of finalizing the language. An extension of **two weeks to October 1, 2025** will allow the parties to complete revisions, obtain signatures, and prepare the submission for the Court's review in compliance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

This is the first request for an extension of this deadline. The request is made with the consent of all parties. If granted, the new deadline would be October 1, 2025.

We thank the Court for its consideration.

Respectfully submitted,

By: _____/s/ Clifford Tucker_____
Clifford Tucker, Esq.

SO ORDERED:
*/s/ Andrew L. Carter*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
September 16, 2025
New York, NY

Tonino Sacco*
Elias N. Fillas

Luigi Brandimarte*
Lamont K. Rodgers
Joseph Katz

Malik E. Anderson*
Scott L. Appelbaum
Joseph Badalov
James R. Baez*
Joseph Benincasa
Jack Berry
Victor I. Bota*
Nathan A. Brill*
Joanne Ciaramella
David A. Craven
Christopher DelCioppio*
Alex Diaz
Kurt A. Doiron
Jennifer A. Fleming
Ronald B. Groman
Madeline Howard
Zachary S. Kaplan
James Y. Kim*
Eric Lopez
Patricia R. Lynch
John P. Margand
Albert R. Matuza, Jr.
Diamanda Papagiannakis
Andrew Rafalaf
Leopold Raic
Philip R Reid*
Bryan Schenkman
Richard E. Schirmer
Morris J. Schlaf*
Lantao Sun
William W. Walis
Michael S. Warycha
Zachary J. Zain
Alex Zhang
Anthony J. Zullo

*Also admitted in New Jersey

**Main Office**
31-19 Newtown Avenue
Seventh Floor
Astoria, NY 11102

**Bayside Office**
42-40 Bell Boulevard
Suite 300
Bayside, NY 11361

**Manhattan Office**
32 Broadway
Suite 1818
New York, NY 10004

**New Jersey Office**
2160 North Central Road
Suite 306
Fort Lee, NJ 07024