UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACINTO GARCIA,<br><br>                          Plaintiff,<br><br>-against-<br><br>VISTA ON 5TH CORP. and NICOLE ATANASIO,<br><br>                        Defendants. | 1:25-cv-00494 (ALC) (GS)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

       On October 1, 2025, Plaintiff filed a letter motion (ECF No. 30) requesting the Court "[d]irect Defendants to provide responsive edits." ECF No. 30. Defendants shall file a response stating their position on Plaintiff's letter motion by **October 8, 2025**.

**SO ORDERED.**

Dated:   October 6, 2025
             New York, New York

                                                 **ANDREW L. CARTER, JR.**
                                                 **United States District Judge**