USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/7/25

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **JACINTO GARCIA,**<br><br>                    Plaintiff,<br><br>-against-<br><br>**VISTA ON 5TH CORP. and NICOLE ATANASIO,**<br><br>                    Defendants. | **1:25-cv-00494 (ALC) (GS)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

On November 6, 2025, Plaintiff filed a letter motion requesting the Court hold a "virtual conference to address the status of settlement and facilitate its completion." ECF No. 36. Defendants shall file a response stating their position on Plaintiff's letter motion by **November 10, 2025**.

**SO ORDERED.**

Dated:   November 7, 2025
         New York, New York

_/s/ Andrew L. Carter, Jr._
**ANDREW L. CARTER, JR.**
**United States District Judge**