**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
JACINTO GARCIA,

                       Plaintiff,

        -against-

VISTA ON 5 CORP, *et al.,*

                    Defendants.
------------------------------------------------------------------X

                               **25 Civ. No. 0494 (ALC) (GS)**

                                    **ORDER SCHEDULING**
                            **SETTLEMENT CONFERENCE**

**GARY STEIN, United States Magistrate Judge:**

       A settlement conference in this matter is scheduled for **Thursday, January 15, 2026 at 2:00 p.m.** in Courtroom 9A, United States Courthouse, 500 Pearl Street, New York, New York. The parties shall consult and comply with the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. *Ex parte* settlement letters, if any, must be submitted to the Court no later than **Monday, January 12, 2026**.

       **SO ORDERED.**

DATED:    New York, New York
           January 9, 2026

                            _____
                            The Honorable Gary Stein
                            United States Magistrate Judge